**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       CRIM NO.08 CR-20292-DT

DURAID MANUEL KILANO,

    Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW**

The matter has come before the court regarding the continued representation of Richard O'Neill of the Federal Defenders Office as counsel for the Defendant. Upon review of the motion and brief, the court has determined that there is sufficient reason for Mr. O'Neill to be allowed to withdraw as counsel for the Defendant. Therefore, the Motion to Withdraw is GRANTED.

IT IS ORDERED that the Federal Defender's Office appoint a member of the CJA panel to represent defendant Duraid Manuel Kilano for these proceedings. The Final Pretrial/Plea Hearing currently set for August 28, 2008 **is rescheduled for September 30, 2008 at 2:00 p.m. Jury trial is reset to October 20, 2008 at 9:00 am.**

IT IS FURTHER ORDERED that the time period from **August 28, 2008 and September 30, 2008** shall be excludable from time calculation mandated by the Speedy Trial Act, 18:U.S.C.§3161(H)(8)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

IT IS FURTHER ORDERED that substitute counsel file an appearance and meet with Defendant as soon as practicable.

                                                    s/ Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: August 20, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 20, 2008, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522